September 4, 2026

***VIA ECF***

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

**Re:** ***Francisco Villatoro v. National Railroad Passenger Corporation;***
**Case No.: 1:26-cv-04780-PAE**

Dear Judge Engelmayer:

I represent the plaintiff in this matter and, with consent of defense counsel, respectfully request a brief adjournment of the initial pretrial telephonic conference currently scheduled on September 10, 2026 at 9:30 a.m. Counsel for the parties are available on September 18, 21, 28, and after 1:00 p.m. on September 29. This request is being made so I can be with my son who is scheduled to undergo a heart procedure on September 10, 2026 in New Haven.

This is the first request to adjourn the initial conference.

Respectfully submitted,

/s/ *Scott E. Perry*
Scott E. Perry

cc: T.H. Lyda, Esq. and Corey Kirkwood, Esq. (Via ECF)

GRANTED. The Court sends its best wishes to counsel and his family. The conference is rescheduled for September 28, 2026 at 2:30 pm. The Court adjourns the deadlines for the parties' pre-conference filings until **September 23, 2026**. The parties should call into the Court's dedicated conference line at (855) 244-8681, and enter Access Code 2318-315-0661, followed by the pound (#) key.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: September 4, 2026
New York, New York